UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY MARK SULLIVAN,

    Petitioner,

  v.

MICHAEL HROZIENCIK,

    Respondent.

No. C 14-4931 MEJ (PR)

**ORDER OF DISMISSAL**

On November 6, 2014, Petitioner filed a document with the Court in the instant case, which was opened as a habeas corpus action. On November 12, 2014, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full. The Clerk sent Petitioner the Court's form packet for habeas cases and told him that he must return the completed form within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and Petitioner has not filed his petition or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: January 5, 2015

Maria-Elena James
United States Magistrate Judge